IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anna L. Harmon-Cheney,                                    Case No. 3:09CV2281

        Plaintiff(s)

    v.                                                                          ORDER

Jerry Greer,

        Defendant(s)

The parties have indicated to the Court that they have reached a settlement of all matters in dispute, it is hereby

ORDERED THAT:

1. Case management conference scheduled November 30, 2009 is vacated.

2. Dismissal entry shall be filed by December 31, 2009.

3. The parties having agreed thereto, any dispute re. terms of settlement to be submitted to the undersigned District Judge for final adjudication.

So ordered.

        /s/ James G. Carr
        James G. Carr
        Chief Judge